**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., and the PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., | ) | |
| Plaintiffs, | ) | Case No.: 26 CV 11124 |
| v. | ) | Judge: |
| RYAN'S PLUMBING 1, INC. | ) | Magistrate: |
| Defendant. | ) | |

**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2, the undersigned counsel of record for Plaintiffs, Plumbers' Pension Fund, Local 130, UA, et al., certifies the following; none of the Plaintiff Funds have any publicly held affiliates as defined in Local Rule 3.2.

Dated: September 11, 2026

/s/ Andrew S. Pigott
Attorney for the Plaintiffs

Gregory W. Hosé
Andrew S. Pigott (ARDC# 6278244)
Kyle R. Sullivan
Kay Han
**Gregorio, Stec, Klein & Hosé**
2 N. LaSalle St., Suite 1650
Chicago, IL 60602
312/263-2343
apigott@gregoriolaw.com