**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., and the PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., | ) | |
| | ) | Case No.: 26 CV 11124 |
| Plaintiffs, | ) | |
| | ) | Judge: |
| v. | ) | |
| | ) | Magistrate: |
| RYAN'S PLUMBING 1, INC., | ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiffs, the PLUMBERS' PENSION FUND, LOCAL 130, U.A., *et al*., by its attorneys, Gregory W. Hosé, Andrew S. Pigott, Kyle R. Sullivan, Kay Han, and the law firm of Gregorio, Stec, Klein & Hosé, complain of the Defendant, RYAN'S PLUMBING 1, INC. ("Ryan's"), and allege as follows:

1. This action arises under Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of questions arising thereunder.

2. The PLUMBERS' PENSION FUND, LOCAL 130, U.A, *et. al.* (collectively, "Funds") receive contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and the CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., ("Local 130").

3. The Funds are multi-employer plans as defined under 29 U.S.C. §1002.

4. The Funds are administered in Chicago, Illinois, and RYAN'S's principal place of

business is in Olympia Fields, so that venue is proper in the Northern District of Illinois.

5. RYAN'S is an employer engaged in an industry affecting commerce, that entered into a Collective Bargaining Agreement with Local 130 requiring it to contribute to the Funds.

6. The Collective Bargaining Agreement also binds RYAN'S to the Agreements and Declarations of Trust which created the Funds ("Trust Agreements").

7. The CBA and Trust Agreements require RYAN'S to submit its books and records to an auditor selected by the Funds to determine whether RYAN'S is complying with its contribution obligations.

8. The Funds' auditor and Funds counsel made numerous requests to RYAN'S to submit its books and records for audit, including a demand letter from counsel on September 3, 2026.

9. But, RYAN'S has still not produced the necessary audit records for review.

WHEREFORE, Plaintiffs ask this Court to:

A. Order Defendant to provide all outstanding records required to complete the Funds' audit.

B. Enter judgment on any amounts subsequently determined due by the audit.

C. Award the Funds liquidated damages and interest on any contributions due, and their attorney fees, all as provided by the CBA, Trust Agreements, and ERISA.

D. Grant Plaintiffs such other and further relief as by the Court deems just.

Respectfully submitted,
**PLUMBERS' PENSION FUND, LOCAL 130, U.A.**, *et al.*

By: ___/s/ Andrew S. Pigott___________
One of their attorneys

**Gregorio, Stec Klein & Hosé**
2 N. LaSalle St., Suite 1650
Chicago, IL 60602
312/263-2343
apigott@gregoriolaw.com