**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., and the PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., | ) | CIVIL ACTION |
| *Plaintiffs,* | ) | Case No. 26-CV-11124 |
| v. | ) | |
| RYAN'S PLUMBING 1, INC., | ) | |
| *Defendant.* | ) | |

**<u>DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT</u>**

NOW COMES Defendant, RYAN'S PLUMBING 1, INC., by and through its undersigned Counsel, Allocco, Miller & Cahill, P.C., and for its Answer to the Complaint of Plaintiffs, states as follows:

1. This action arises under Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of questions arising thereunder.

**<u>ANSWER</u>**: Defendant admits the allegations in Paragraph 1.

2. The PLUMBERS' PENSION FUND, LOCAL 130, U.A, et. al. (collectively, "Funds") receive contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and the CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., ("Local 130").

**<u>ANSWER</u>**: Defendant admits the allegations in Paragraph 2.

3. The Funds are multi-employer plans as defined under 29 U.S.C. §1002.

**ANSWER**: Defendant admits the allegations in Paragraph 3.

4. The Funds are administered in Chicago, Illinois, and RYAN'S's principal place of business is in Olympia Fields, so that venue is proper in the Northern District of Illinois.

**ANSWER**: Defendant admits the allegations in Paragraph 4.

5. RYAN'S is an employer engaged in an industry affecting commerce, that entered into a Collective Bargaining Agreement with Local 130 requiring it to contribute to the Funds.

**ANSWER**: Defendant admits the allegations in Paragraph 5.

6. The Collective Bargaining Agreement also binds RYAN'S to the Agreements and Declarations of Trust which created the Funds ("Trust Agreements").

**ANSWER**: Defendant admits the allegations in Paragraph 6.

7. The CBA and Trust Agreements require RYAN'S to submit its books and records to an auditor selected by the Funds to determine whether RYAN'S is complying with its contribution obligations.

**ANSWER**: Defendant admits the allegations in Paragraph 7.

8. The Funds' auditor and Funds counsel made numerous requests to RYAN'S to submit its books and records for audit, including a demand letter from counsel on September 3, 2026.

**ANSWER**: Defendant admits the allegations in Paragraph 8.

9. But, RYAN'S has still not produced the necessary audit records for review.

**ANSWER**: Defendant admits the allegations in Paragraph 9.

Dated: October 29, 2026

Respectfully submitted,

**RYAN'S PLUMBING 1, INC.**

By: /s/ Todd A. Miller
Attorney for Defendant

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, **October 29, 2026,** he electronically filed the attached, **Defendant's Answer to Plaintiff's Complaint**, with the Clerk of the Court using the CM/ECF system which will send notice of such filings to the following:

Attorneys for Plaintiffs:

Andrew S. Pigott
**Gregorio, Stec Klein & Hosé**
2 N. LaSalle St., Suite 1650
Chicago, IL 60602
312/263-2343
apigott@gregoriolaw.com

/s/ Todd A. Miller

Attorneys for Defendant:

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com