**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Plumbers Pension Fund, Local 130, U.A., et al.
Plaintiff,
v. Case No.: 1:26−cv−11124
Honorable Edmond E. Chang
Ryan's Plumbing 1, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Edmond E. Chang: The Defendant filed an answer, R. 14, but the parties failed to file the joint initial status report. R. 11. The parties shall file the joint initial status report by 11/06/2026.The tracking status hearing of 11/06/2026 is reset to 11/13/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.