**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., and the PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., | ) | |
| Plaintiffs, | ) | Case No.: 26 CV 11124 |
| v. | ) | Judge: Chang |
| RYAN'S PLUMBING 1, INC., | ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

With profusest apologies for its tardiness, the Parties submit their Joint Initial Status report per the Court's October 30, 2026 order:

1. **The Nature of the Case**

a. Identify the attorneys of record for each party, including the lead trial attorney.

Andrew S. Pigott,
Counsel for Plaintiffs
Gregorio, Stec, Klein & Hosé
Two N. LaSalle St., Suite 1650
Chicago, IL 60602
312-263-2343
apigott@gregoriolaw.com

Todd A. Miller,
Counsel for Defendants
Allocco, Miller & Cahill
20 N. Wacker Dr., Ste. 3517
Chicago, IL 60606
312-675-4325
tam@alloccomiller.com

b. State the basis for federal jurisdiction.

ERISA Section 502; LMRA Section 301

c. Describe the nature of the claims asserted in the complaint and any counterclaims.

Plaintiff seeks Defendant's compliance with an ERISA fringe benefit contributions

compliance audit and a judgment for any audit findings.

d. State the major legal and factual issues in the case.

At the present time, none. Factual and legal disputes may arise on completion of the audit.

e. Describe the relief sought by the plaintiff (and counter-claimant).

See response to subparagraph c.

2. **Pending Motions and Case Plan**

a. State the status of service of process on each defendant.

Plaintiff served Defendant through the Secretary of State.

b. Identify all pending motions.

None.

c. Submit a proposal for a discovery plan, including the following infor-mation:

i. The general type of discovery needed.

Interrogatories, production requests, depositions.

ii. A date for Rule 26(a)(1) disclosures.

December 16, 2026

iii. A date to issue the first-set of written discovery requests.

Within fourteen days of the production of the audit report.

iv. A fact discovery completion date.

120 days from the production of the audit report.

v. If there will be expert discovery, an expert discovery completion date, including dates for the delivery of expert reports (or sum-maries for non-retained expert testimony).

No expert discovery anticipated.

vi. A deadline under Civil Rule 16(b) to add parties or to amend pleadings.

150 days following production of the audit report.

vii. A date for the filing of dispositive motions.

180 days following production of the audit report.

d. State whether a jury trial is requested and the probable length of trial (including jury selection, jury addresses, and jury deliberations).

No jury trial requested.

e. State whether the parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).

Agreed.

**3. Consent to Proceed Before a Magistrate Judge**

a. State whether the parties consent unanimously to proceed before a Mag-istrate Judge for all purposes, including entry of final judgment. The Court *strongly* encourages parties to consent to the jurisdiction of the Magistrate Judge. Of course, the parties are free to withhold consent without any adverse substantive consequences.

No unanimous consent.

4. **Status of Settlement Discussions**

a. State whether any settlement discussions have occurred;

Defendant has agreed to cooperate with the audit process and is in the process of submitting audit documents.

b. Describe the status of any settlement discussions; and

See above.

c. Whether the parties request a settlement conference.

Not at this time.

Respectfully submitted,

/s/ Andrew S. Pigott
Counsel for Plaintiffs

Gregorio, Stec, Klein & Hosé
Two N. LaSalle St., Suite 1650
Chicago, IL 60602
312-263-2343
apigott@gregoriolaw.com

/s/ Todd A. Miller
Counsel for Defendants

Allocco, Miller & Cahill
20 N. Wacker Dr., Ste. 3517
Chicago, IL 60606
312-675-4325
tam@alloccomiller.com