**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Plumbers Pension Fund, Local 130, U.A., et al.
Plaintiff,
v.
Case No.: 1:26−cv−11124
Honorable Edmond E. Chang
Ryan's Plumbing 1, Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2026:

MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 16, [[26a1 12/16]]. The report says that the Defendant has greed to cooperate with the audit process, including providing records. On or before 12/16/2026, the Defendant must substantially complete production of records needed to complete the audit (and should disclose the records on an ongoing basis). The Plaintiffs' auditor must promptly review the records and complete the audit by 01/13/2027. The tracking status hearing of 11/13/2026 is reset to 12/23/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 12/17/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.